# Court of Appeals
# of the State of Georgia

ATLANTA, __May 22, 2020_____

*The Court of Appeals hereby passes the following order:*

**A20D0377. WILLIE FRANK WRIGHT, JR. v. THE STATE.**

In 2010, a jury found Willie Frank Wright, Jr., guilty of aggravated assault and family violence battery. Wright filed a motion for new trial, which the trial court denied on March 5, 2020. Wright then filed this application for discretionary appeal.[1] The order Wright seeks to appeal may be appealed directly. See OCGA § 5-6-34 (a) (1) (permitting a direct appeal from all final judgments).

This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. To perfect this appeal, Wright must file a notice of appeal in the trial court. OCGA § 5-6-35 (g) requires that a notice of appeal be filed within ten days of the order granting the application. This filing deadline is currently tolled pursuant to the Supreme Court's judicial emergency order of May 11, 2020. However, the notice of appeal must be filed within ten days of any order lifting the judicial emergency. Furthermore, Wright is encouraged to file his notice of appeal as soon as practicable to facilitate the expeditious handling of the appeal.[2] The clerk

---

[1] Wright filed his application for discretionary appeal on May 5, 2020. Ordinarily, this would render the application untimely and subject to dismissal. See OCGA § 5-6-35 (d) (requiring discretionary applications be filed within 30 days of the entry of the order to be appealed). On March 14, 2020, however, the Supreme Court declared a judicial emergency, which tolls and grants relief from any filing deadline. This order was extended on April 6, 2020 and May 11, 2020. Accordingly, Wright's failure to comply with the filing deadline is excused.

[2] If Wright has already filed a notice of appeal, he need not file a second notice.

of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*   *05/22/2020*
      *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

          *Stephen E. Castlen*     *, Clerk.*